NVB 5075 (Rev. 2/23)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−23−10744−abl |
| | CHAPTER 13 |
| TAMARA L WILLIAMS | |
|    aka TAMARA LYNETTE WILLIAMS | |
| | NOTICE OF DOCKETING |
| Debtor(s) | ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **21** − Motion for Relief from Stay Property: 10361 Trailing Dalea, Las Vegas, NV 89135 Fee Amount $188. Filed by AMBERLEA DAVIS on behalf of MATAN PAZ (DAVIS, AMBERLEA) |
| Filed On: | 4/13/23 |
| With A Hearing Date Of: | 5/17/23 |
| And A Hearing Time Of: | 1:30 P.M. |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Bankruptcy Debtor(s)

Dated: 4/14/23

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**