NVB 5075 (Rev. 2/23)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
TAMARA L WILLIAMS  
   aka TAMARA LYNETTE WILLIAMS  

Debtor(s)

BK–23–10744–abl  
CHAPTER 13

NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *22* – Notice of Hearing on Motion for Relief from Stay with Certificate of Service Filed by AMBERLEA DAVIS on behalf of MATAN PAZ (Related document(s)21 Motion for Relief from Stay filed by Creditor MATAN PAZ) (DAVIS, AMBERLEA) |
| Filed On: | 4/13/23 |
| With A Hearing Date Of: | 5/17/23 |
| And A Hearing Time Of: | 1:30 P.M. |

The reason(s) for the required correction(s) is as follows:

* PDF is an incorrect image per the event selected, which is not contained in the title. Please file an amended pleading or file it in the correct case immediately.
* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
  * Bankruptcy Debtor(s)
* Hearing time in caption does not match hearing time in body. Hearing will be set according to the caption.

Dated: 4/14/23

*Mary A Schott*

Mary A. Schott  
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**