RICK A YARNALL
Chapter 13 Bankruptcy Trustee
Daniel Riggs, Esq.
Nevada Bar No. 12270
Amanda Hunt, Esq.
Nevada Bar No. 12644
701 Bridger Ave., Ste. 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@lasvegas13.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>TAMARA L. WILLIAMS,<br>                     Debtor. | BK-S-23-10744-ABL<br>Chapter 13<br><br>Hearing Date: April 27, 2023<br>Hearing Time: 1:30 P.M. |

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN COMBINED WITH TRUSTEE'S REQUEST FOR DISMISSAL**

Comes now, Chapter 13 Bankruptcy Trustee, Rick A. Yarnall, and hereby objects to confirmation of the Chapter 13 Plan and recommends that confirmation be denied and the case dismissed.

On February 28, 2023, the instant bankruptcy case was commenced. See Docket No. 1. The § 341(a) Meeting of Creditors was concluded on April 4, 2023. See Docket No. 20. Confirmation of the Debtor's proposed plan is currently pending. The Debtor bears the burden of proof on all elements of plan confirmation. See In re Hill, 268 B.R. 548, 552 (B.A.P. 9th Cir. 1994). A proposed plan cannot be confirmed until the Court has ensured that all requirements of §1325 have been satisfied. See United Student Aid Funds, Inc. v. Espinosa, 130 S. Ct. 1367, 1380-81 (2010). Trustee objects to confirmation of the proposed plan because it does not satisfy the confirmation

1

requirements of § 1325.

Initially, Trustee opposes confirmation as he has not completed his investigation into the Debtor's financial affairs. In order to complete this investigation, the Trustee requests the following:

- Copies of the Debtor's bank statements: Chime #8643: Jan 29 thru Feb 28, 2023; Chime Checking: Nov 28, 2022 thru Feb 28, 2023;
- Copies of the Debtor's filed 2022 federal income tax return;
- Signed Trustee's Conduit and Authorization forms (copies of which can be found on the Trustee's website www.lasvegas13.com as exhibits attached to the Trustee's Conduit Guidelines); and
- Documentation showing that following deductions taking on Debtor's Official Form 122C-2 are actual, reasonable, and necessary:
    o Line 22- Additional health care expenses, excluding insurance costs.
- Copies of Debtor's paystubs and/or proof of income, from all sources, through confirmation.

Debtor has a duty to cooperate with the trustee. Failure to do so can result in denial of confirmation and the dismissal of the underlying case. Therefore, confirmation should be denied and the case dismissed if Debtor fails to timely tender the above-mentioned documents to the Trustee.

Trustee further objects to confirmation and requests dismissal on the basis that the Debtor has failed to commence making plan payments. Pursuant to 11 U.S.C. § 1326, Debtors are required to commence making plan payments no later than 30 days after the filing of the plan or the order for relief, which is earlier. Section 1307(c)(4) states that a case may be dismissed or converted for failure to commence making timely payments under § 1326. Debtor filed the instant petition on February 28, 2023 and was required to commence making plan payments no later than March 30, 2023 and have failed to commence making plan payments. Thus, cause to dismiss this case exists.

Section 1325(a) requires the Court to withhold from confirming a plan until the plan complies with the applicable provisions of Title 11. 11 U.S.C. § 1325(a). As such, Trustee requests that this court withhold from confirming any proposed plan until the above objections have been resolved.

**CONCLUSION**

For the foregoing reasons, the Trustee requests that confirmation be DENIED. Trustee further requests that, that the underlying case be DISMISSED if the Debtor fails to timely resolve this objection to confirmation or become delinquent in plan payments.

DATED this 24th day of April, 2023.

                                         /s/ Amanda Hunt
                                 Amanda Hunt, Esq.
                                 Nevada Bar No.: 12644
                                 701 Bridger Avenue, Suite 820
                                 Las Vegas, Nevada 89101
                                 Attorney for RICK A. YARNALL
                                 Chapter 13 Bankruptcy Trustee

3

**CERTIFICATE OF MAILING**

I hereby certify that I am an employee of RICK A. YARNALL, Chapter 13 Bankruptcy Trustee; that I am over the age of 18 years; and that on the 25th day of April, 2023, I provided a copy of the Trustee's Opposition to Confirmation to each of the following by:

[X] a.  **ECF System**:

- **SETH D BALLSTAEDT**   help@bkvegas.com, ballstaedtecf@gmail.com;r49890@notify.bestcase.com;Brooke@bkvegas.com; 14879@notices.nextchapterbk.com
- **AMBERLEA DAVIS**   Amber@SheIsMyLawyer.com
- **RICK A. YARNALL**   ecfmail@LasVegas13.com, ecfimport@lasvegas13.com

[X] b.  **United States mail, postage fully prepaid**:

TAMARA L. WILLIAMS
10361 TRAILING DALEA AVE.
LAS VEGAS, NV 89135

           /s/ Cindy L. Coons
Cindy L. Coons, Employee of
RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE